Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendants*
 *State Bar of Nevada and David A. Clark*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM ERRICO, an individual; WILLIAM ERRICO & ASSOCIATES, P.C., a Nevada professional corporation,<br><br>            Plaintiffs,<br>   vs.<br><br>STATE BAR OF NEVADA, a Nevada public corporation; DAVID A. CLARK, individually and in his capacity as Bar Counsel of the State Bar of Nevada,<br><br>            Defendants. | CASE NO: 2:16-cv-01159-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO AMEND**<br><br>**(First Request)** |

Defendants State Bar of Nevada and David A. Clark, by and through their counsel of record, SHERI M. THOME, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiffs William Errico and William Errico & Associates, P.C., by and through their counsel of record, JEFFREY F. BARR, ESQ., of the law offices of ASHCRAFT & BARR LLP, hereby stipulate and agree to extend the deadline for filing responses to Plaintiffs' Motion for Preliminary Injunction (ECF No. 16) and Plaintiffs' Motion to Amend (ECF No. 17) by four days, from **August 18, 2016** to **August 22, 2016**. The parties had already stipulated, with Court approval, that Defendants' Reply in Support of their Motion to Dismiss could be filed on August 22, 2016. (ECF No. 13, 14)

Per Local Rule IA 6-1, this is the first request for an extension of the deadline to respond to the two motions. Defendants' counsel seeks the extension so that all outstanding briefs may be filed on the same day, to minimize inconvenience and disruption to the client. The extension is short, as Defendants are only requesting four additional days, so it will not unduly delay or impact the case.

973340v.1

DATED this 12th day of August, 2016

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
*Attorneys for Defendants*
  *State Bar of Nevada and David A. Clark*

DATED this 12th day of August, 2016

**ASHCRAFT & BARR LLP**

*/s/ Jeffrey F. Barr*
Jeffrey F. Barr, Esq.
Nevada Bar No. 007269
2300 W. Sahara Avenue, Suite 1130
Las Vegas, NV  89102
*Attorneys for Plaintiffs*
  *William Errico and William Errico & Associates, P.C.*

## ORDER

IT IS SO ORDERED.  The Defendants have until August 22, 2016 to respond to Plaintiffs' Motion for Preliminary Injunction (ECF No. 16) and Plaintiffs' Motion to Amend (ECF No. 17).

Dated: August 15, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

973340v.1