1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**

9                               **DISTRICT OF NEVADA**

10
11   WILLIAM ERRICO, et al.,                    )
                                                )        Case No. 2:16-cv-01159-APG-NJK
12                          Plaintiff(s),        )
                                                )
13   vs.                                         )        ORDER
                                                )
14   STATE BAR OF NEVADA, et al.,                )
                                                )
15                          Defendant(s).        )
     _____    )

16          Pending before the Court is a motion for protective order regarding a deposition currently set for

17   September 27, 2016.  Docket No. 30.  That deposition is hereby **VACATED** and stayed, pending

18   resolution of the underlying motion for protective order.

19          IT IS SO ORDERED.

20          DATED: September 15, 2016

21                                              _____
22                                              NANCY J. KOPPE
                                                United States Magistrate Judge
23
24
25
26
27
28