**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM ERRICO, et al., | Case No. 2:16-cv-01159-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATE BAR OF NEVADA, et al., | (Docket Nos. 30, 32) |
| Defendant(s). | |

Pending before the Court is a motion for protective order (Docket No. 30) and a motion to stay (Docket No. 32).  On September 27, 2016, United States District Judge Andrew P. Gordon resolved several pending motions, including granting Defendant's motion to dismiss.  Docket No. 36.  In light of Judge Gordon's decision, the pending discovery motions are hereby **DENIED** without prejudice.  The parties shall meet-and-confer regarding the impact of that ruling on the discovery motions.  To the extent necessary, the motions may be renewed.

IT IS SO ORDERED.

DATED: September 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge