# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM ERRICO, et al., | ) | Case No. 2:16-cv-01159-APG-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 39, 40) |
| STATE BAR OF NEVADA, et al., | ) | |
| Defendant(s). | ) | |

    Pending before the Court is a motion to extend the deadline for Plaintiffs' filing of an amended complaint. Docket No. 40. Defendants filed a response in opposition. Docket No. 42. For good cause shown, the motion to extend at Docket No. 40 is **GRANTED**, and the deadline to file an amended complaint is extended to November 17, 2016.

    With respect to the pending motion to withdraw as counsel, Docket No. 39, the Court hereby **SETS** a hearing on that motion for 4:00 p.m. on November 3, 2016, in Courtroom 3A. Plaintiff William Errico and a corporate representative of William Errico & Associates, P.C. (if other than William Errico) shall appear at the hearing in person. Plaintiffs' current counsel and any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than October 20, 2016, Plaintiffs' current counsel of record shall serve Plaintiffs with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than October 25, 2016. Unless and until the motion is granted, current counsel continues to be responsible for meeting all applicable deadlines.

Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: October 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge