UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ERRICO, et al., ) | |
|             Plaintiff(s), ) | Case No. 2:16-cv-01159-APG-NJK |
| vs. ) | ORDER |
| STATE BAR OF NEVADA, ) | |
|             Defendant(s). ) | |

The Court has a hearing set on the motion to withdraw as Plaintiffs' attorneys for November 3, 2016. *See* Docket No. 43; *see also* Docket No. 39 (motion to withdraw). The Court has received a filing by Plaintiff himself, Mr. Errico, indicating among other things that he is not in Nevada and is recovering from surgery. Docket No. 45. The Court construes this filing as a motion for Mr. Errico to appear telephonically at that hearing, which the Court will **GRANT**. Mr. Errico shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

Plaintiffs' current counsel shall promptly provide notice of this order to Mr. Errico.

IT IS SO ORDERED.

DATED: October 28, 2016

                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge