# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ERRICO, et al., | Case No. 2:16-cv-01159-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 49) |
| STATE BAR OF NEVADA, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to extend the deadline for Plaintiffs' filing of an amended complaint. Docket No. 49. Defendants filed a response in opposition. Docket No. 50. While the Court shares some of the concerns expressed by Defendants, the Court finds it in the interest of justice to **GRANT** the motion to extend. The deadline to file an amended complaint is extended to December 15, 2016. **In the future, Plaintiffs must comply with all applicable rules when seeking relief from the Court.**

IT IS SO ORDERED.

DATED: November 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge