1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM ERRICO, et al., ) | Case No. 2:16-cv-01159-APG-NJK |
| )
Plaintiff(s), ) | ORDER |
| )
vs. ) | (Docket No. 60) |
| )
STATE BAR OF NEVADA, et al., ) | |
| )
Defendant(s). ) | |

Pending before the Court is Defendants' motion to extend the time to respond to Plaintiffs' amended complaint. Docket No. 60. For good cause shown, the motion is **GRANTED** and the deadline to respond to the amended complaint is **EXTENDED** to January 9, 2017.

IT IS SO ORDERED.

DATED:   December 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge