UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ERRICO, et al., ) | Case No. 2:16-cv-01159-APG-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 66) |
| STATE BAR OF NEVADA, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is Plaintiff's motion to extend discovery. Docket No. 66. Although not entirely clear, it appears that Defendants' counsel believes an order is forthcoming from the Court modifying the discovery deadlines. *See id.* at 3. Plaintiff's motion is hereby **DENIED** without prejudice The parties are further **ORDERED** to file a joint status report regarding discovery, including a discussion of the current deadlines in the case. That joint status report shall be filed by February 15, 2017.

IT IS SO ORDERED.

DATED: February 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge